# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### AT FLINT

| | |
|---|---|
| Jason A. Watkins,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> National Enterprise Systems, Inc.,  )  <br> )  <br> Defendant.  )  <br> _____ ) | CASE NO. 5:16-cv-13858 <br><br><br> **JOINT STIPULATION AND ORDER** <br> **FOR DISMISSAL WITHOUT PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal Without Prejudice of this action, including all claims and counterclaims stated herein against all parties, if any, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

/s/ David A. Pernick
David A. Pernick (P55955)
Booth Patterson, PC
Dated: May 4, 2017        Co-Counsel for Plaintiff, Jason A. Watkins
1090 W Huron
Waterford, MI  48328
(248) 681-1200
dpernick@boothpatterson.com


/s/Jennifer A. Kirby (by DAP with consent)
Jeffrey C. Turner (OH 0063154)
Jennifer A. Kirby (OH 0080619)
Attorneys for Defendant
Dated: May 4, 2017        Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
Tel. (937) 222-2333
Fax: (937) 222-1970
jturner@sdtlawyers.com
jkirby@sdtlawyers.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## AT FLINT

| | |
|---|---|
| Jason A. Watkins, ) | |
| ) | CASE NO. 5:16-cv-13858 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JOINT STIPULATION AND ORDER** |
| National Enterprise Systems, Inc., ) | **FOR DISMISSAL WITHOUT PREJUDICE** |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice.